UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARON LUCIEN,<br><br>　　　　　　　Petitioner,<br><br>　　　v.<br><br>JEFF MACOMBER,<br><br>　　　　　　　Respondent. | Case No. LACV 15-1809-DSF (LAL)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: 10/24/16

　　　　　　　　　　　　　　　*Dale S. Fischer*
　　　　　　　　　　　　　　　HONORABLE DALE S. FISCHER
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE